UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LAMONT DAVIS,

        Plaintiff,

File No: 1:07-CV-200

v.

HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
_____/

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 27, 2009, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 82) be granted in part and denied in part. (Dkt. No. 88.) The Report and Recommendation was duly served on the parties. More than ten days have elapsed since service of the R&R and no objections have been filed. The Court has reviewed the R&R and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 27, 2009, R&R (Dkt. No. 88) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 82) is **GRANTED IN PART and DENIED IN PART**. The motion is granted as to Plaintiff's claims for injunctive relief and Plaintiff's § 1983 claims for damages against

Defendants Bonn and Purves in their official capacities.  The remainder of Defendants' motion is denied.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that a **PARTIAL JUDGMENT** is granted in favor of Defendants Bonn and Purves on Plaintiff's § 1983 claims for damages against them in their official capacities.


Dated: August 24, 2009 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE